FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 APR 20 PH 1:04
APR 2 0 2001
LORETTA G. WHYTE
CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAY -4 PM 12:31
MAY 0 4 2001
LORETTA G. WHYTE
CLERK

A CERTIFIED TRUE COPY
APR 17 2001
ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2001

FILED
CLERK'S OFFICE

**DOCKET NO. 1355**

01-00219-CV-W-FJG

EDLA
01-1202

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE PROPULSID PRODUCTS LIABILITY LITIGATION**

Wolfe
v.
Johnson + Johnson

*(SEE ATTACHED SCHEDULE)* SECT. L MAG. 3

**CONDITIONAL TRANSFER ORDER (CTO-11)**

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 60 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*ECF DOCUMENT*

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Michael J. Beck
Clerk of the Panel

Date Filed 5-1-2001

Michael R. O'Connor, CLERK
By: _____ Deputy Clerk

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 17 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
APR 23 2001
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Fee _____
Process ____
X Dktd _____
CtRmDep ___
Doc.No. ____

## SCHEDULE CTO-11-TAG ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

DISTRICT DIV CIVIL ACTION#

**LOUISIANA WESTERN**
LAW   6 01-385   Shelfo v. Johnson & Johnson, et al.     01-1200
LAW   6 01-386   Remi v. Johnson & Johnson, et al.       01-1201

**MISSOURI WESTERN**
MOW   4 01-219   Wolfe v. Johnson & Johonson Co., et al. 01-1202

**NEW YORK SOUTHERN**
NYS   1 01-1346  Abramowitz v. Johnson & Johnson Co., et al. 01-1203

**OHIO SOUTHERN**
OHS   2 01-166   Applegate, et al. v. Johnson & Johnson, Inc., et al. 01-1204

**PENNSYLVANIA WESTERN**
PAW   2 00-1331  Lee v. Johnson & Johnson Co., et al.    01-1205

**TENNESSEE WESTERN**
TNW   1 01-1074  Wood, et al. v. Johnson & Johnson Corp., et al.  01-1206

SECT. L MAG. 3